# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**  
Debtor(s)

Case No. **23-10026/ELF**  
Chapter **13**

## CERTIFICATE OF NO RESPONSE

I hereby certify that on January 9, 2023 a copy of the Motion to Extend Automatic Stay, Order and Notice of Motion Hearing for January 31, 2023 at 9:30 a.m. was served electronically or by regular United States mail to the Trustee and all creditors listed below and none of the parties have filed a Response:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott  
5414 Lancaster Ave.  
Philadelphia, PA 19131

Water Revenue Bureau  
c/o City of Philadelphia  
PO Box 41496  
Philadelphia, PA  19101

Lakeview Loan Servicing, LLC  
4425 Ponce Deleon Blvd.  
Coral Gables, FL 33146

KML Law Group  
701 Market St.  
Philadelphia, PA 19106

Gregory Javardian, Esq.  
1310 Industrial Blvd. Ste. 101  
Southampton, PA 18966

Citizens Bank  
10561 Telegraph Rd.  
Glen Allen, VA  23059

Allstate Vehicle & Property Insur.  
c/o Credit Collection Services  
PO Box 448  
Norwood,  MA 02062

PECO Energy  
Bankruptcy Unit  
2301 Market St.  
Philadelphia, PA 19101

PGW  
800 W. Montgomery Ave.  
Philadelphia, PA 19122

The Home Depot
PO Box 790328
St. Louis, MO 63179

Home Depot
c.o Credit Services
PO Box 4115
Concord, CA 94524

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**