**Earnings Statement**

JERMAINE ELLIOTT

Company: 0RI68   PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 11/10/2022

Period Start: 10/31/2022
Period End: 11/06/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

**Earnings**

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 32.00 | 523.20 | 523.20 |
| Regular | 15.85(*) | 8.00 | 126.80 | 1,901.68 |
| Overtime | 24.53 | 2.00 | 49.05 | 49.05 |
| Gross Pay | | 42.00 | 699.05 | 2,473.93 |

*Denotes an override during payroll processing

**W/H Taxes**

| | | | |
|---|---|---|---|
| (S) | Federal W/H | 50.05 | 161.53 |
| | Medicare | 10.13 | 35.87 |
| | Social Security | 43.34 | 153.38 |
| (S/0) | Penn- State W/H | 21.46 | 75.94 |
| | 510101-PHILADELPHIA | 26.49 | 93.76 |
| | Pennsylvania UI/HC/WF | 0.42 | 1.48 |

**Deductions**

| None | 0.00 | 0.00 |
|---|---|---|

| Net Pay | 547.16 | 1,951.97 | Voucher No.: 424999037DD |
|---|---|---|---|

**Net Pay Distribution**

| Direct Deposit Net Check | 547.16 | 1,951.97 A/C:4674 |
|---|---|---|

---

02:182:15:MC

**paycom**

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

6

Bank of America
Oklahoma City, OK

39-1/1030 OK

424999037DD

**paycom**

This is not a check

DATE: 11/10/2022

This is not a check

$ ***547.16

Five Hundred Forty-Seven And 16/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

Direct Deposit Voucher

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

**Earnings Statement**

JERMAINE ELLIOTT

Company: ORI68  PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 11/17/2022

Period Start: 11/07/2022
Period End: 11/13/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148

(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 40.00 | 654.00 | 3,078.88 |
| Overtime | 0.00 | 0.00 | 0.00 | 49.05 |
| Gross Pay | | 40.00 | 654.00 | 3,127.93 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (S) | Federal W/H | | 44.64 | 206.17 |
| | Medicare | | 9.48 | 45.35 |
| | Social Security | | 40.55 | 193.93 |
| (S/0) | Penn- State W/H | | 20.08 | 96.02 |
| | 510101-PHILADELPHIA | | 24.79 | 118.55 |
| | Pennsylvania UI/HC/WF | | 0.39 | 1.87 |

| Deductions | | | |
|---|---|---|---|
| None | | 0.00 | 0.00 |

| Net Pay | | 514.07 | 2,466.04 |

Voucher No.: 426043168DD

Net Pay Distribution
Direct Deposit Net Check       514.07       2,466.04 A/C:4674

---

paycom                                                                 32:172:09:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

6

Five Hundred Fourteen And 07/100 Dollars

DEPOSIT
TO THE
ORDER
OF

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

39-1/1030 OK            426043168DD

Bank of America
Oklahoma City, OK                              paycom

This is not a check
DATE: 11/17/2022
This is not a check                          $  ***514.07

This is not a check
Direct Deposit Voucher
NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES

| Earnings | | | | | | JERMAINE ELLIOTT |
|---|---|---|---|---|---|---|
| 22 | | | | | | |

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 11/23/2022  
Period Start: 11/14/2022    2147 S. COLUMBUS BLVD  
Period End: 11/20/2022    PHILADELPHIA, PA  19148          (215) 218-3009

Emp #: A12F  
Dept: 6 - AUTO - DIRECT  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 40.00 | 654.00 | 3,732.88 |
| Overtime | 24.53 | 4.00 | 98.10 | 147.15 |
| Gross Pay | | 44.00 | 752.10 | 3,880.03 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (S) | Federal W/H | | 56.42 | 262.59 |
| | Medicare | | 10.91 | 56.26 |
| | Social Security | | 46.63 | 240.56 |
| (S/0) | Penn- State W/H | | 23.09 | 119.11 |
| | 510101-PHILADELPHIA | | 28.50 | 147.05 |
| | Pennsylvania UI/HC/WF | | 0.45 | 2.32 |

| Deductions | | | |
|---|---|---|---|
| None | | 0.00 | 0.00 |
| Net Pay | | 586.10 | 3,052.14 |

Voucher No.: 427505668DD

**Net Pay Distribution**

Direct Deposit Net Check          586.10     3,052.14 A/C:4674

---

paycom  26:183:10:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I  
2147 S. COLUMBUS BLVD  
PHILADELPHIA, PA  19148

39-1/1030 OK    427505668DD

Bank of America  
Oklahoma City, OK

paycom

6

This is not a check  
DATE: 11/23/2022

This is not a check     $   ***586.10

Five Hundred Eighty-Six And 10/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF MP  
JERMAINE ELLIOTT  
5414 LANCASTER AVE.  
PHILADELPHIA, PA  19131

Direct Deposit Voucher

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

| Earnings Statement | | | | | | JERMAINE ELLIOTT |
|---|---|---|---|---|---|---|
| | Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I | | | | | |
| Pay Date: 12/01/2022 | | | | | | Emp #: A12F |
| Period Start: 11/21/2022 | 2147 S. COLUMBUS BLVD | | | | | Dept: 6 - AUTO - DIRECT |
| Period End: 11/27/2022 | PHILADELPHIA, PA  19148 | | | (215) 218-3009 | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | 16.35 | 24.00 | 392.40 | 4,125.28 | |
| Overtime | 0.00 | 0.00 | 0.00 | 147.15 | |
| Bonus Auto | | | 20.00 | 20.00 | |
| Gross Pay | | 24.00 | 412.40 | 4,292.43 | |

| W/H Taxes | | | | |
|---|---|---|---|---|
| (S) | Federal W/H | | 16.34 | 278.93 |
| | Medicare | | 5.98 | 62.24 |
| | Social Security | | 25.57 | 266.13 |
| (S/0) | Penn- State W/H | | 12.66 | 131.77 |
| | 510101-PHILADELPHIA | | 15.63 | 162.68 |
| | Pennsylvania UI/HC/WF | | 0.25 | 2.57 |

| Deductions | | |
|---|---|---|
| None | 0.00 | 0.00 |

| Net Pay | 335.97 | 3,388.11 | Voucher No.: 429459424DD |
|---|---|---|---|

| Net Pay Distribution | | |
|---|---|---|
| Direct Deposit Net Check | 335.97 | 3,388.11 A/C:4674 |

---

paycom  35:183:10:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

6

39-1/1030 OK        429459424DD

Bank of America
Oklahoma City, OK                    paycom

This is not a check
DATE: 12/01/2022
This is not a check       $  ***335.97

Three Hundred Thirty-Five And 97/100 Dollars
This is not a check

DEPOSIT TO THE ORDER OF
JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

Direct Deposit Voucher

NON-NEGOTIABLE

THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.