**Earnings Statement**

JERMAINE ELLIOTT

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 12/08/2022
Period Start: 11/28/2022
Period End: 12/04/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148
(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 40.00 | 654.00 | 4,779.28 |
| Overtime | 0.00 | 0.00 | 0.00 | 147.15 |
| Bonus Auto | | | 12.00 | 32.00 |
| Gross Pay | | 40.00 | 666.00 | 4,958.43 |

| W/H Taxes | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 46.08 | 325.01 |
| | Medicare | 9.66 | 71.90 |
| | Social Security | 41.29 | 307.42 |
| (S/0) | Penn- State W/H | 20.45 | 152.22 |
| | 510101-PHILADELPHIA | 25.24 | 187.92 |
| | Pennsylvania UI/HC/WF | 0.40 | 2.97 |

| Deductions | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |

| | Current Period | Year to Date | |
|---|---|---|---|
| Net Pay | 522.88 | 3,910.99 | Voucher No.: 431114363DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | 522.88 | 3,910.99 | A/C:4674 |

---

paycom  39:18:08:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148

6

39-1/1030 OK          431114363DD

Bank of America
Oklahoma City, OK

paycom

**This is not a check**
DATE: 12/08/2022
**This is not a check**       ***522.88
**This is not a check**

Five Hundred Twenty-Two And 88/100 Dollars

DEPOSIT TO THE ORDER OF

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA    19131

Direct Deposit Voucher

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

## Earnings Statement

**JERMAINE ELLIOTT**

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 12/15/2022
Period Start: 12/05/2022
Period End: 12/11/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148
(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 40.00 | 654.00 | 5,433.28 |
| Overtime | 0.00 | 0.00 | 0.00 | 147.15 |
| Bonus Auto | | | 8.00 | 40.00 |
| **Gross Pay** | | 40.00 | 662.00 | 5,620.43 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 45.60 | 370.61 |
| | Medicare | 9.60 | 81.50 |
| | Social Security | 41.05 | 348.47 |
| (S/0) | Penn- State W/H | 20.32 | 172.54 |
| | 510101-PHILADELPHIA | 25.09 | 213.01 |
| | Pennsylvania UI/HC/WF | 0.40 | 3.37 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |
| **Net Pay** | **519.94** | **4,430.93** |

Voucher No.: 432885654DD

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 519.94 | 4,430.93 | A/C:4674 |

---

paycom    54:180:09:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148

6

39-1/1030 OK

Bank of America
Oklahoma City, OK

432885654DD

paycom

This is not a check
DATE: 12/15/2022
This is not a check                    $ ***519.94
Five Hundred Nineteen And 94/100 Dollars
This is not a check

DEPOSIT TO THE ORDER OF MP

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

Direct Deposit Voucher

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES

## Earnings Statement

**JERMAINE ELLIOTT**

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 12/22/2022
Period Start: 12/12/2022
Period End: 12/18/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148
(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 40.00 | 654.00 | 6,087.28 |
| Overtime | 0.00 | 0.00 | 0.00 | 147.15 |
| Bonus Auto | | | 12.00 | 52.00 |
| **Gross Pay** | | 40.00 | 666.00 | 6,286.43 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 46.08 | 416.69 |
| | Medicare | 9.65 | 91.15 |
| | Social Security | 41.29 | 389.76 |
| (S/0) | Penn- State W/H | 20.45 | 192.99 |
| | 510101-PHILADELPHIA | 25.24 | 238.25 |
| | Pennsylvania UI/HC/WF | 0.40 | 3.77 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |

**Net Pay**   522.89   4,953.82   Voucher No.: 434967925DD

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 522.89 | 4,953.82 | A/C:4674 |

---

paycom   02:189:12:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

6

39-1/1030 OK             434967925DD

Bank of America
Oklahoma City, OK

paycom

**This is not a check**
DATE: 12/22/2022

**This is not a check**        $   ***522.89

Five Hundred Twenty-Two And 89/100 Dollars

**This is not a check**

DEPOSIT TO THE ORDER OF

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

**Direct Deposit Voucher**

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

# Earnings Statement

**JERMAINE ELLIOTT**

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

Pay Date: 12/29/2022
Period Start: 12/19/2022
Period End: 12/25/2022

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148

(215) 218-3009

Emp #: A12F
Dept: 6 - AUTO - DIRECT
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 16.35 | 32.00 | 523.20 | 6,610.48 |
| Overtime | 0.00 | 0.00 | 0.00 | 147.15 |
| Bonus Auto | | | 4.00 | 56.00 |
| **Gross Pay** | | 32.00 | 527.20 | 6,813.63 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 29.43 | 446.12 |
| | Medicare | 7.65 | 98.80 |
| | Social Security | 32.69 | 422.45 |
| (S/0) | Penn- State W/H | 16.19 | 209.18 |
| | 510101-PHILADELPHIA | 19.98 | 258.23 |
| | Pennsylvania UI/HC/WF | 0.32 | 4.09 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |
| **Net Pay** | 420.94 | 5,374.76 |

Voucher No.: 436554298DD

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 420.94 | 5,374.76 | A/C:4674 |

---

paycom  13:183:12:MC

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148

6

39-1/1030 OK      436554298DD

Bank of America
Oklahoma City, OK

paycom

**This is not a check**
DATE: 12/29/2022
**This is not a check**     $ ***420.94

Four Hundred Twenty And 94/100 Dollars

**This is not a check**

DEPOSIT TO THE ORDER OF

JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

Direct Deposit Voucher

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES