```
Allstate Vehicle & Property Insurance Co
c/o Credit Collection Services
PO Box 448
Norwood, MA 02062


Citizens Bank of Pennsylvania
10561 Telegraph Road
Glen Allen, VA 23059


City Of Philadelphia/Water Revenue Burea
Department Of Revenue
P. O. Box 41496
Philadelphia, PA 19101-1496


Gregory Javardian, Esquire
1310 Industrial Boulevard
Suite #101
Southampton, PA 18966


KML Law Group
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106


Lakeview Loan Servicing
4425 Ponce Deleon Blvd.
Coral Gables, FL 33146


Mobile Modular Portable Storage
5700 Las Positas Road
Livermore, CA 94551


Mobile Modular Portable Storage
c/o Jason B. Martin, Esquire
725 Skippack Pike
Suite 337
Blue Bell, PA 19422
```

```
PECO
c/o FirstPoint Collection Resources, Inc
225 Commerce Place
PO Box 26140
Greensboro, NC 27402-6140


Peco Energy
Bankruptcy Unit
2301 Market St.
Philadelphia, PA 19101


PGW
800 W. Montgomery Avenue
Philadelpihia, PA 19122


The Home Depot
Credit Services
P. O. Box 790328
St. Louis, MO 63179


The Home Depot
c/o Portfolio Recovery Associates, LLC
Dept. 922
PO Box 4115
Concord, CA 94524
```