# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**        Case No. **23-10026/ELF**

Debtor(s)        Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023 a copy of the Amended Matrix adding Mobile Modular Portage Storage was served electronically or by regular United States mail to the Trustee and all creditors listed below and none of the parties have filed a Response:

Electronic mail to:

      Kenneth E. West, Chapter. 13 Trustee

      US Trustee

Regular mail to:

      Jermaine Elliott
      5414 Lancaster Ave.
      Philadelphia, PA 19131

      Mobile Modular Portable Storage
      c/o Jason B. Martin, Esquire
      725 Skippack Pike, Suite 337
      Blue Bell, PA 19422

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net**