**Earnings Statement** — JERMAINE ELLIOTT

Company: 0RI68 - PENN WAREHOUSING AND DISTRIBUTION I

| | |
|---|---|
| Pay Date: 03/02/2023 | Emp #: A12F |
| Period Start: 02/20/2023 | Dept: 6 - AUTO - DIRECT |
| Period End: 02/26/2023 | Pay Basis: Hourly |

2147 S. COLUMBUS BLVD
PHILADELPHIA, PA  19148
(215) 218-3009

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 19.75 | 40.00 | 790.01 | 5,847.22 |
| Bonus Auto | | | 12.00 | 36.00 |
| Gross Pay | | 40.00 | 802.01 | 5,883.22 |

| W/H Taxes | | | Current Period | Year to Date |
|---|---|---|---|---|
| (S) | Federal W/H | | 60.05 | 380.26 |
| | Medicare | | 11.63 | 85.31 |
| | Social Security | | 49.72 | 364.76 |
| (S/0) | Penn- State W/H | | 24.62 | 180.62 |
| | 510101-PHILADELPHIA | | 30.40 | 222.98 |
| | Pennsylvania UI/HC/WF | | 0.56 | 4.11 |

| Deductions | Current Period | Year to Date |
|---|---|---|
| initiation Dues A | 25.00 | 75.00 |
| Union Dues Auto | 56.00 | 56.00 |
| Net Pay | 544.03 | 4,514.18 |

Voucher No.: 451424786DD

**Net Pay Distribution**

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 544.03 | 4,514.18 | A/C:4674 |

---

44:185:09:MC   paycom

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING

39-1/1030 OK        451424786DD

PENN WAREHOUSING AND DISTRIBUTION I
2147 S. COLUMBUS BLVD
PHILADELPHIA, PA   19148

6

Bank of America
Oklahoma City, OK

paycom

This is not a check
DATE: 03/02/2023
This is not a check        $ ***544.03

Five Hundred Forty-Four And 03/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF
JERMAINE ELLIOTT
5414 LANCASTER AVE.
PHILADELPHIA, PA   19131

Direct Deposit Voucher

NON-NEGOTIABLE



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.