IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :       Chapter 13
    **JERMAINE ELLIOTT**                          :
                                                    :
    Debtor                                          :       Bankruptcy No. 23-10026/AMC

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Bradly E. Allen has filed a Motion to Avoid Judicial Lien on Real Estate of the Bankruptcy Code with the court.

    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 29, 2023 you or your attorney must do <u>all</u> the following:

    (a) file an answer explaining your position at

U.S. BANKRUPTCY COURT
Clerks Office, Room 400
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Bradly E. Allen Law Office
7711 Castor Avenue
Philadelphia, Pennsylvania  19152
(215) 725-4242
(215) 725-8288 (FAX)

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on May 16, 2023 at 11:00 a.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107 and will be conducted by telephonic hearing.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  April 14, 2023

                                                                                       <u>/s/Bradly E. Allen, Esquire</u>
                                                                                       Attorney for Debtor