# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**  
Debtor(s)

Case No. **23-10026/amc**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023 a copy of a Motion to Avoid Judicial Lien of Mobile Modular Portage Storage and Notice of Hearing for May 16, 2023 at 11:00 a.m. was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott  
5414 Lancaster Ave.  
Philadelphia, PA 19131

Mobile Modular Portable Storage  
c/o Jason B. Martin, Esquire  
725 Skippack Pike, Suite 337  
Blue Bell, PA 19422

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242Fax:215-725-8288**  
**bealaw@verizon.net**