# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**            Case No. **23-10026/amc**
Debtor(s)            Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023 a copy of the Proof of Claim of Attorney's fees was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

    Kenneth E. West, Chapter. 13 Trustee

    US Trustee

Regular mail to:

    Jermaine Elliott
    5414 Lancaster Ave.
    Philadelphia, PA 19131

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**