# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**                                                                 Case No.  **23-10026/amc**
                                         Debtor(s)                                         Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023 a copy of Amended Schedule I was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

                            Kenneth E. West, Chapter. 13 Trustee

                            US Trustee

Regular mail to:

                            Jermaine Elliott
                            5414 Lancaster Ave.
                            Philadelphia, PA 19131

                            **/s/ Bradly E. Allen, Esquire**

                            **Bradly E. Allen**
                            **7711 Castor Avenue**
                            **Philadelphia, PA 19152**
                            **215-725-4242Fax:215-725-8288**
                            **bealaw@verizon.net**