# nited States Bankruptcy Court0

### Eastern District of Pennsylvania

In re  **Jermaine Elliott**                                      Case No.   **23-10026/amc**
                               Debtor(s)              Chapter    **13**

## CERTIFICATE OF NO RESPONSE

I hereby certify that on April 14, 2023 a copy of a Motion to Avoid Judicial Lien of Mobile Modular Portable Storage and Notice of Hearing for May 16, 2023 at 11:00 a.m. was served electronically or by regular United States mail to the Trustee and the creditors listed below and none of the parties have filed a Response:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Mobile Modular Portable Storage
c/o Jason B. Martin, Esquire
725 Skippack Pike, Suite 337
Blue Bell, PA 19422

Dated:  May 5, 2023

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net**