# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Jermaine Elliott**
Debtor

Case No. **23-10026/amc**
Chapter **13**

## SUPPLEMENTAL STATEMENT FOR
## MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE

Debtor, by his counsel, Bradly E. Allen files this Supplemental Statement as follows:

1. The fair market value of Debtor's real property as determined by Schedule A of Debtor's Schedules is $115,000.00.

2. Debtor has the following liens against his property along with the real estate exemption:
   a. Lakeview Loan Servicing, LLC Mortgage - $58,789.35
   b. Citizens Bank Mortgage - $7,751.98
   c. Secured creditor Mobile Modular Portable Storage Judgment lien-$10,345.50
   c. City of Philadelphia/Water Revenue Bureau lien - $3,121.65
   e. Real estate exemption - $27,900.00

The total of the above liens and real estate exemption is $107,908.48. As a result, $7,091.52 of the Judgment lien is not avoidable and $3,253.98 is avoidable.

Dated:  May 18, 2023

/s/Bradly E. Allen, Esquire.
Attorney for Debtor, Jermaine Elliott
7711 Castor Ave.
Philadelphia, PA 19152
P-215-725-4242