# United States Bankruptcy Court

## Eastern District of Pennsylvania

In re  **Jermaine Elliott**                                      Case No.  **23-10026/amc**

                       Debtor                                    Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023 a copy of the Supplemental Statement for Motion to Avoid Judicial Lien of Mobile Modular Portage Storage and Notice of Rescheduled Hearing for June 13, 2023 at 11:00 a.m. was served electronically or regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Mobile Modular Portable Storage
c/o Jason B. Martin, Esquire
725 Skippack Pike, Suite 337
Blue Bell, PA 19422

A copy of the Motion to Avoid Lien along with Supplemental Statement of Motion and Notice of Rescheduled Hearing was sent to:

Regular Mail to:

Mobile Modular Portable Storage
5700 Las Positas Road
Livermore, CA 94551

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax: 215-725-8288**
**bealaw@verizon.net**