# United States Bankruptcy Court

### Eastern District of Pennsylvania

| In re | **Jermaine Elliott** | Case No. | **23-10026/amc** |
|---|---|---|---|
| | Debtor | Chapter | **13** |

## CERTIFICATE OF NO RESPONSE

I hereby certify that on May 18, 2023 a copy of the Supplemental Statement for Motion to Avoid Judicial Lien of Mobile Modular Portage Storage and Notice of Rescheduled Hearing for June 13, 2023 at 11:00 a.m. was served electronically or regular United States mail to the Trustee and the creditors listed below and none of the parties have filed a Response:

Electronic mail to:

> Kenneth E. West, Chapter. 13 Trustee
>
> US Trustee

Regular mail to:

> Jermaine Elliott
> 5414 Lancaster Ave.
> Philadelphia, PA 19131
>
> Mobile Modular Portable Storage
> c/o Jason B. Martin, Esquire
> 725 Skippack Pike, Suite 337
> Blue Bell, PA 19422

A copy of the Motion to Avoid Lien along with Supplemental Statement of Motion and Notice of Rescheduled Hearing was sent to:

Regular Mail to:

> Mobile Modular Portable Storage
> 5700 Las Positas Road
> Livermore, CA 94551

Date: June 8, 2023

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242  Fax:215-725-8288**
**bealaw@verizon.net**