**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Jermaine Elliott**

Debtor

Case No. **23-10026/amc**

Chapter **13**

# Order to Avoid Judicial Lien on Real Estate

The motion of the above-named debtor, ~~Jermaine Elliott~~, to avoid lien of the respondent, Mobile Modular Portable Storage is granted.

It is hereby ORDERED and DECREED that the judicial lien held by Mobile Modular Portable Storage, in and on debtor's residential real estate at 5414 Lancaster Avenue, Philadelphia, PA 19131 entered of record in the matter of Mobile Modular Portable Storage, CCP, Philadelphia, No. 200203062 is hereby partially avoided.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, Mobile Modular Portable Storage's judgment lien is partially avoided in the amount of $3,253.98 upon discharge of debtor's Chapter 13 case. .

Date  June 13, 2023

**HONORABLE ASHELY M. CHAN**

**U.S. BANKRUPTCY JUDGE**