United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10026-amc |
| Jermaine Elliott | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jermaine Elliott, 5414 Lancaster Avenue, Philadelphia, PA 19131-3515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Jermaine Elliott bealaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Jermaine Elliott**

Debtor

Case No. **23-10026/amc**

Chapter **13**

## Order to Avoid Judicial Lien on Real Estate

The motion of the above-named debtor, ~~Jermaine Elliott~~, to avoid lien of the respondent, Mobile Modular Portable Storage is granted.

It is hereby ORDERED and DECREED that the judicial lien held by Mobile Modular Portable Storage, in and on debtor's residential real estate at **5414 Lancaster Avenue**, Philadelphia, PA 19131 entered of record in the matter of Mobile Modular Portable Storage, CCP, Philadelphia, No. 200203062 is hereby partially avoided.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, Mobile Modular Portable Storage's judgment lien is partially avoided in the amount of $3,253.98 upon discharge of debtor's Chapter 13 case. .

Date June 13, 2023

**HONORABLE ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**