*Form 237* (3/23)–doc 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Jermaine Elliott<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23–10026–amc<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Mobile Modular Portable Storage;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 10,345.50 has been filed in your name by Bradly E. Allen, Esquire on 06/29/2023.

Date: June 30, 2023                                                                                                   For The Court

                                                                                                                                    Timothy B. McGrath
                                                                                                                                    Clerk of Court