United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10026-amc |
| Jermaine Elliott | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2023 | Form ID: 237 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jermaine Elliott, 5414 Lancaster Avenue, Philadelphia, PA 19131-3515 |
| 14753637 | + | Mobile Modular Portable Storage, c/o Jason B. Martin, Esquire, 725 Skippack Pike, Suite 337, Blue Bell, PA 19422-1749 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:**

**Name**    **Email Address**

BRADLY E ALLEN
    on behalf of Debtor Jermaine Elliott bealaw@verizon.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jun 30, 2023     Form ID: 237     Total Noticed: 2
TOTAL: 5

*Form 237* (3/23)–doc 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Jermaine Elliott<br><br>   Debtor(s). | Case No. 23−10026−amc<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Mobile Modular Portable Storage;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 10,345.50 has been filed in your name by Bradly E. Allen, Esquire on 06/29/2023.

Date: June 30, 2023

For The Court

Timothy B. McGrath
Clerk of Court