# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**      Case No. **23-10026/amc**
Debtor(s)      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023 a copy of the Proof of Claim, No. 7 on Claims Register of Mobile Modular Portable Storage was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

    Kenneth E. West, Chapter. 13 Trustee

    US Trustee

Regular mail to:

    Jermaine Elliott
    5414 Lancaster Ave.
    Philadelphia, PA 19131

    Mobile Modular Portable Storage
    c/o Jason B. Martin, Esquire
    725 Skippack Pke, Suite 337
    Blue Bell, PA 19422

    Mobile Modular Portable Storage
    5700 Las Positas Road
    Livermore, CA 94551

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**