# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re **Jermaine Elliott**    Case No. **23-10026/amc**
Debtor(s)    Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Mary F. Kennedy, Esquire
on behalf of Citizens Bank, N.A.

Michael P. Farrington on
behalf of Lakeview Loan Servicing, LC

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Mobile Modular Portable Storage
c/o Jason B. Martin, Esquire
725 Skippack Pke, Suite 337
Blue Bell, PA 19422

Mobile Modular Portable Storage
5700 Las Positas Road
Livermore, CA 94551

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Bankruptcy Group
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122


/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**