IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------x
In re                                      :
                                           :        Chapter 13
       Jermaine Elliott                    :
                                           :        Bankruptcy No. 23-10026 (amc)
                          Debtor.          :
-----------------------------------------------------x
```

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 8-1 filed by the City of Philadelphia on July 18, 2023.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 18, 2023          By:      /s/ Pamela Elchert Thurmond
                                       PAMELA ELCHERT THURMOND
                                       Senior Attorney
                                       PA Attorney I.D. 202054
                                       City of Philadelphia Law Department
                                       Tax & Revenue Unit
                                       1401 JFK Blvd., 5th Floor
                                       Philadelphia, PA  19102-1595
                                       215-686-0508 (phone)
                                       215-686-0588 (facsimile)
                                       Email: Pamela.Thurmond@phila.gov