# nited States Bankruptcy Court0

## Eastern District of Pennsylvania

In re  **Jermaine Elliott**                                           Case No.  **23-10026/amc**
                            Debtor(s)                                  Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023 a copy of Amended Schedules I and J, Summary Page and Amended Statement of Financial Affairs was served electronically or by regular United States mail to the Trustee and the creditors listed below:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131


/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**