UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jermaine Elliott

Debtor

) CHAPTER 13
)
) Bky. No. 23-10026/AMC
)

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*Name of applicant* applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **1/06/23**.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

   ☐ above median (the amount on line 15 is not less than the amount on line 16).

   ☑ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3,000.00 for providing the following services: (*Description of Services*) Initial meeting with client and review of bills, income and expenses, analysis of the financial situation, ordered and review of Credit Report, preparation and filing of Petition and Schedules, filed Motion to Extend Time to file Final Schedules, preparation and filing of Motion to Extend Automatic Stay and notifying creditors; letters to notify utility companies; attendance via Zoom with client for Meeting of Creditors hearing; prepared and filed Motion to Avoid Lien with Mobile Modular Portable Storage and appearance with court via Zoom, reviewed Proof of Claims, prepared and filed Amended Chapter 13 Plan.

6. Applicant requests reimbursement of expenses in the amount of $313.00 for the following expenses: (*Description of Expenses*). Filing fees for Petition and Schedules..

7. The debtor paid Applicant $**1,187.00** prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $3,000.00 in compensation of which Debtor paid $1,187.00 pre-confirmation and the balance of attorney's fees of $1,813.00 shall be paid to attorney by the Chapter 13 Trustee and filing fees of $313.00 in reimbursement of actual, necessary expenses.

Dated: 10/26/23

Signed: /s/ Bradly E. Allen, Esquire

By:
Name: Bradly E. Allen
Address: 7711 Castor Avenue
Philadelphia, PA 19152
Phone No.: 215-725-4242
Fax no.: 215-725-8288
Email Address: bealaw@verizon.net

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  Jermaine Elliott  Case No. 23-10026
Debtor(s)  Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 3,000.00 |
   | Prior to the filing of this statement I have received | $ 1,187.00 |
   | Balance Due | $ 1,813.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor  ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Adversary proceedings and other contested bankruptcy matters; Motions for Relief by mortgage company or other creditors; Motions to dismiss by Chapter 13 Trustee or other creditors; Audits by the U.S. Trustee's Office; More than one appearance at the Meeting of Creditors hearing or at a Confirmation hearing; additional negotiations or court hearings needed for loan modifications, refinancing, sale of real estate, personal injury setlements, inheritances or any lump sums of money Debtor may be entited to receive that require trustee or courrt approval.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date

/s/ Bradly E. Allen, Esquire
Bradly E. Allen, Esquire 35053
*Signature of Attorney*
Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242  Fax: 215-725-8288
bealaw@verizon.net
*Name of law firm*

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re   **Jermaine Elliott**                        Case No.   **23-10026**

Debtor                                              Chapter    **13**

## ORDER APPROVING COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that;

1. The Application is GRANTED.

2. Compensation is allowed in favor of the Applicant in the amount of $3,000.00.

3. To the extent that funds are available, the Chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation, less $1,187.00 which was paid by the Debtor pre-petition, as an administrative expense for a payment to Applicant in the amount of $1,813.00.

4. All remaining funds, if any, held by the trustee shall be disbursed in accordance with 11 U.S.C. 349(b)(3).

Dated: _____

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge