# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                  : NO. 23-10026/amc

    JERMAINE ELLIOTT

                                                             : CHAPTER 13

## NOTICE OF APPLICATION

**TO ALL CREDITORS**

PLEASE TAKE NOTICE that Bradly E. Allen, Esquire has a First Application for Compensation and Reimbursement of Expenses for the period from January 4, 2023 through October 26, 2023 with the Clerks Office of the United States Bankruptcy Court for the Eastern District of Pennsylvania located at 900 Market St., Philadelphia, PA 19107. You may obtain a copy of the Application by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE that objections or responses to the Application must be submitted in writing and filed with the Court within 20 days from the date of this notice and you must also serve a copy of any objection or response to debtor's counsel, Bradly E. Allen, within 20 days from the date of this notice.

IF YOU FAIL TO RESPOND TO THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE.

Dated: 10/26/23

                                              /s/BRADLY E. ALLEN, ESQUIRE
                                              BRADLY E. ALLEN,
                                              Attorney for Debtor
                                              7711 Castor Avenue
                                              Philadelphia, PA 19152
                                              (215)725-4242