# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jermaine Elliott<br>    Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>    Movant<br>vs.<br>Jermaine Elliott<br>    Debtor(s) | NO. 23-10026 AMC |
| Kenneth E. West<br>    Trustee | 11 U.S.C. Sections 362 |

## **ORDER**

AND NOW, this 26th day of October, 2023 at Philadelphia, upon upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on Sept. 13, 2023 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
United States Bankruptcy Judge.

cc: See attached service list

Jermaine Elliott
5414 Lancaster Avenue
Philadelphia, PA 19131

BRADLY E. ALLEN ESQUIRE
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532