# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Jermaine Elliott, Debtor(s)

Case No. 23-10026/amc
Chapter 13

## CERTIFICATE OF NO RESPONSE

I hereby certify that on October 26, 2023 a copy of the Notice of Fee Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the Trustee and the creditors listed below and no response has been filed:

Electronic mail to:

Kenneth E. West, Chapter. 13 Trustee

US Trustee

Mary F. Kennedy, Esquire
on behalf of Citizens Bank, N.A.

Pamela Elchert Thurmond on behalf
of City of Philadelphia/Water Revenue Bureau

Mark Cronin on behalf
of Lakeview Loan Servicing, LLC

Michael P. Farrington on
behalf of Lakeview Loan Servicing, LC

Regular mail to:

Jermaine Elliott
5414 Lancaster Ave.
Philadelphia, PA 19131

Mobile Modular Portable Storage
c/o Jason B. Martin, Esquire
725 Skippack Pke, Suite 337
Blue Bell, PA 19422

Mobile Modular Portable Storage
5700 Las Positas Road
Livermore, CA 94551

PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122

PECO
2301 Market St. 04 NW
Philadelphia, PA 19101

Date: 11/16/23

/s/ Bradly E. Allen, Esquire