United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10026-amc |
| Jermaine Elliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jermaine Elliott, 5414 Lancaster Avenue, Philadelphia, PA 19131-3515 |
| 14773845 | + | Bradly E. Allen, Esquire, 7711 Castor Avenue, Philadelphia, PA 19152-3601 |
| 14746701 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14747759 | + | Citizens Bank, N.A., c/o MARY F. KENNEDY, Law Offices of Gregory Javardian, 1310 Industrial Blvd., Ste. 101 Southhampton, PA 18966-4030 |
| 14746703 | + | Gregory Javardian, Esquire, 1310 Industrial Boulevard, Suite #101, Southampton, PA 18966-4030 |
| 14748820 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14753637 | + | Mobile Modular Portable Storage, c/o Jason B. Martin, Esquire, 725 Skippack Pike, Suite 337, Blue Bell, PA 19422-1749 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Dec 06 2023 00:29:01 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14746700 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 06 2023 00:40:00 | Allstate Vehicle & Property Insurance Co, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 14771614 | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747677 | ^ | MEBN | Dec 06 2023 00:29:01 | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14746702 | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | City Of Philadelphia/Water Revenue Burea, Department Of Revenue, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 14746704 | ^ | MEBN | Dec 06 2023 00:29:03 | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-1541 |
| 14746705 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 00:40:00 | Lakeview Loan Servicing, 4425 Ponce Deleon Blvd., Coral Gables, FL 33146-1837 |
| 14748571 | ^ | MEBN | Dec 06 2023 00:29:04 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14764363 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 00:40:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14761554 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 06 2023 00:40:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14746706 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Dec 06 2023 00:40:00 | PECO, c/o FirstPoint Collection Resources, Inc, 225 Commerce Place, PO Box 26140, Greensboro, NC 27402-6140 |
| 14746708 | ^ | MEBN | Dec 06 2023 00:29:07 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14746707 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 06 2023 00:40:00 | Peco Energy, Bankruptcy Unit, 2301 Market St., Philadelphia, PA 19103-1338 |
| 14746709 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2023 00:41:14 | The Home Depot, Credit Services, P. O. Box 790328, St. Louis, MO 63179-0328 |
| 14746710 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2023 00:41:13 | The Home Depot, c/o Portfolio Recovery Associates, LLC, Dept. 922, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14799513 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 25 |

    on behalf of Debtor Jermaine Elliott bealaw@verizon.net

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **In Re:** | : | |
|---|---|---|
| Jermaine Elliott, | : | Chapter 13 |
| | : | No. 23-10026-AMC |
| Debtor(s) | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

5. This chapter 13 bankruptcy case is **DISMISSED**.

6. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

7. Any wage orders previously entered are **VACATED**.

8. Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. § 349(b)(3).

9. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

10. Counsel for the Debtor(s) shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that

neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      11.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: December 5, 2023

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE