United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10026-amc |
| Jermaine Elliott | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jermaine Elliott, 5414 Lancaster Avenue, Philadelphia, PA 19131-3515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Jermaine Elliott bealaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: **Jermaine Elliott**

Debtor

Case No. **23-10026**

Chapter **13**

### ORDER APPROVING COUNSEL FEES
### AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby ORDERED that;

1. The Application is GRANTED.

2. Compensation is allowed in favor of the Applicant in the amount of $3,000.00.

3. To the extent that funds are available, the Chapter 13 trustee is authorized to distribute to the Applicant the allowed compensation, less $1,187.00 which was paid by the Debtor pre-petition, as an administrative expense for a payment to Applicant in the amount of $1,813.00.

4. All remaining funds, if any, held by the trustee shall be disbursed in accordance with 11 U.S.C. 349(b)(3).

Dated: Jan. 4, 2024

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge